# EDWARD RYAN
### v.
## JOSEPH CAMPAU, ANTOINE DEQUINDRE
## AND FRANCIS PAUL MALCHER

### 1811

#### JOURNAL ENTRIES

1. Rule to plead . . . . . . . . . . *Journal, infra,* \*p. 347
2. Demurrer overruled; abated as to Malcher . . . . . " 380
3. Plea; issue . . . . . . . . . . . . . " 382
4. Jurors . . . . . . . . . . . . . " 384
5. Verdict . . . . . . . . . . . . . " 385
6. Witness fees ordered paid . . . . . . . . . " 387
7. Judgment . . . . . . . . . . . . . " 393

#### PAPERS IN FILE
[None]